Angelina De Maria, an Infant, by James De Maria, Her Guardian ad Litem, Respondent, v. Knickerbocker Ice Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

Bernard J. Flaherty, Appellant, v. George W. Evans, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

Marian Hackett, Appellant, v. Richard Ravenhall, Respondent.— Order reversed, with ten dollars costs and disbursements, and demurrer to complaint overruled, with leave to defendant within ten days to withdraw the same and serve an answer, upon payment of twenty dollars costs, on the ground that we regard the complaint as alleging that defendant promised to pay plaintiff the stated sum for his alleged services, such as they were, without regard to the result thereof. In our judgment, therefore, the complaint is not subject to the test of an ordinary real estate broker's action to recover commissions. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

Amos Hobby and Others, as Trustees, etc., Respondents, v. William M. Bouton, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of the Board of Supervisors of the County of Rockland, Relative to Acquiring Title to Certain Real Property in Said County for Highway Purposes on Route No. 3, Known as Haverstraw-West Haverstraw State Highway and also Known as State Highway No. 5389. County of Rockland, Appellant; Theodore G. Peck, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar and Kelly, JJ., concur; Jaycox, J., dissents.

In the Matter of the Probate of the Last Will and Testament of Hannah Chisholm, Deceased. James E. Waters, Appellant; Edward L. Frost, Executor, etc., Respondent.— If there is any merit in the suggestion of the learned counsel for appellant that the proceeding should be opened for the purpose of permitting him to call another witness, application for that relief should be addressed to the surrogate. So far as the " private conversation " to which the record refers is concerned, it appeared upon the argument that it related to a conversation between counsel for the respective parties and appellant's counsel with the court, which was of no material consequence. Decree and order of the Surrogate's Court of Nassau county affirmed, with costs. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

In the Matter of the Petition of George C. Cotton, Respondent, to Render and Settle His Account as Executor of Charles B. Contrell, Deceased, Executor of Frank Baldwin, Deceased. Ida M. Baldwin, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.